No. 19.—LEWIS DAVIS, plaintiff in error, *vs.* WM. L. MOODY and wife, defendants.

[1.] Where a set of interrogatories had been excepted to, on the ground that the witness had not fully answered the cross questions put to him therein, which exceptions were sustained by the Court: *Held*, that it was competent for the Court, in the exercise of its discretion, to allow the par-

Davis *vs.* Moody and wife.

ty who brought the interrogatories into Court to withdraw them for the purpose of having them re-executed.

[2.] As a matter of practice in such cases, the Court ought to require that a certified copy of the interrogatories and answers of the witness should be filed in the Clerk's office, before the original is withdrawn.

In Equity, in Crawford Superior Court. Tried before Judge POWERS. September Term, 1852.

The complainants, Wm. Moody and wife, took out interrogatories for Baldwin M. Fluker.

Counsel for defendant, Davis, filed written exceptions to the answers of the witness, on the ground that the witness had not fully answered the cross-interrogatories ; whereupon, complainants asked leave to withdraw the interrogatories for the purpose of having the answers thereto re-taken.

Counsel for defendant objected.

The Court overruled the objection, and this decision is brought up for review.

HUNTER and S. T. BAILEY, for plaintiff in error.

S. & R. P. HALL, POE & NISBET, for defendant.

*By the Court.*—WARNER, J. delivering the opinion.

[1.] The error assigned in this case is, that the Court allowed the plaintiff's counsel to withdraw a set of interrogatories and commission, for the purpose of having the same re-executed; the interrogatories were excepted to, on the ground that the witness had not fully answered the cross-questions put to him therein.

The discretion of the Court below in allowing the interrogatories to be withdrawn for the purpose of having them re-executed, was properly exercised, and we shall not control it.

[2.] As a matter of practice in such cases, a certified copy thereof ought always to be filed in the Clerk's office before the original answers are withdrawn.

Let the judgment of the Court below be affirmed.